No. 2833.

STATE OF LOUISIANA ex rel. A. A. PLATTSMIER *v.* J. O. LANDRY, Controller, and al., CITY OF NEW ORLEANS.

The facts and law in this case are identical with those in the case of State of Louisiana ex rel. G. W. Saddler *v.* J. O. Landry and al., city of New Orleans, except that in this case the plaintiff is a constable instead of a justice of the peace.

APPEAL from the Sixth District Court, parish of Orleans. *Cooley, J. Brice & Mitchell,* for plaintiff and appellee. *J. R. Beckwith,* for relator and appellant.

Justices concurring : Ludeling, Taliaferro, Howell, Wyly, Kennard.

KENNARD, J. The facts and law in this case are identical with those in the case of State of Louisiana ex rel. George W. Saddler, appellee ·v. J. O. Landry et al. City of New Orleans, appellant, except that in this case the plaintiff is a· constable instead of a justice of the peace.

For the reasons assigned in that case it is ordered that the judgment of the lower court be reversed and the mandamus denied, with costs to be paid by relator.